

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

In re Ricky Grumbles,                    * Original Mandamus Proceeding

No. 11-23-00023-CV                    * March 2, 2023

                                     * Per Curiam Memorandum Opinion
                                       (Panel consists of: Bailey, C.J.,
                                       Trotter, J., and Williams, J.)

This court has considered Ricky Grumbles's petition for writ of mandamus and concludes that the petition for writ of mandamus should be dismissed for want of jurisdiction.   Therefore, in accordance with this court's opinion, the petition for writ of mandamus is dismissed.